## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:      **JASPER CLAUDE SHOEMAKER**      **CASE NO. 1:14-bk-08657**
             **7137 OAK SPRINGS RD**            **CHAPTER 13**
             **NUNNELLY, TN 37137**             **JUDGE LUNDIN**
                     **Debtor**
             **SSN (1): xxx-xx-1589**

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

Comes now the Debtor, by and through the undersigned counsel, and respectfully moves this Court to allow Debtor to voluntarily dismiss him above referenced Chapter 13 Bankruptcy Case pursuant to Local Rule of Bankruptcy Procedure 1017-2(d).

**WHEREFORE**, Debtor respectfully prays that an Order be entered dismissing the above-styled Chapter 13 Case.

Respectfully Submitted,


/s/ Mark Podis
Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Road Ste 300
Nashville, Tennessee 37217
Telephone (615) 399-3800
 Facsimile (615) 399-9794
E-mail PodisBankruptcy@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered to the U.S. Trustee, 701 Broadway, 3rd Floor, Nashville, TN 37203, to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203, and mailed certified to **Ascend Federal Credit Union** (#7014 2120 0004 0815 2614), Attention: Caren Gabriel, 520 Airpark Drive, Tullahoma, TN 37388, and certified to **First Farmers Merchants Bank** (#7014 2120 0004 0815 2621), Attention: Thomas R Stevens, III, 816 S Garden Street, Columbia, TN 38402, and mailed to debtor, 7137 Oak Springs Road, Nunnelly, TN 37137, and to all creditors and all parties in interest via CM/ECF @ http://ecf.tnmb.uscourts.gov on this the 4th day of March, 2015.

/s/ Mark Podis
MARK PODIS

**A TOTAL OF 23 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MAILING LIST.**

**First Class Mail 21**

**Certified Mail 2**